No. 982.   STOVER *v.* FARMERS' EDUCATIONAL AND COOP-ERATIVE UNION OF AMERICA.   C. A. 8th Cir.   Certiorari denied.   *James R. McManus* for petitioner.   *Thomas B. Roberts* and *Charles F. Brannan* for respondent.

No. 615, Misc.   KAY *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *William J. Schafer, III,* for the United States.

No. 629, Misc.   JACKSON *v.* OHIO.   Supreme Court of Ohio.   Certiorari denied.   Petitioner *pro se.   C. Watson Hover* for respondent.

No. 630, Misc.   LEVERETTE *v.* UNITED STATES.   Court of Claims.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.

No. 649, Misc.   SHERIDAN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 650, Misc.   SHOTWELL *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 653, Misc.   REESE *v.* LOONEY, WARDEN.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin, Assistant Attorney General White* and *Harold H. Greene* for respondent.

No. 654, Misc.   DAUGHERTY *v.* RHAY, SUPERINTEND-ENT, WASHINGTON STATE PENITENTIARY.   Supreme Court of Washington.   Certiorari denied.